AO 10
Rev. 1/2015

# FINANCIAL DISCLOSU
## FOR CALENDAR Y

| 1. Person Reporting (last name, first, middle initial) | 2. Court or C |
|---|---|
| Corbit, Frederick P. | Bankruptcy |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Bankruptcy Judge - Active

**5a. Report T**

☐ Nomin

☐ Initial

**5b.** ☐ A

**7. Chambers or Office Address**

PO Box 2164
Spokane, WA 99210-2164

***IMPORTANT NOTES:*** *The instructions accomp*
*checking the NONE box for each part w*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

<u>POSITION</u>

1.

2.

## III. NON-INVESTMENT INCOME

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment*

<u>DATE</u>

1.
_____

2.
_____

3.
_____

4.

| | | |
|---|---|---|
| 5. | National Conference of Bankruptcy Judges (NCBJ) | 10/26-29/16 |

## V. GIFTS. *(Includes those to spouse and dependent chil*

☑    NONE *(No reportable gifts.)*

<u>SOURCE</u>

1. _____

2. _____

3. _____

4. _____

5. _____

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | |
|---|---|
| | (1)<br>Amou<br>Code<br>(A-F |
| 1.    WELLS FARGO BROKERAGE<br>ACCOUNT (H) | |
| 2.    Wells Fargo Bank Deposit Sweep | A |

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | |
|---|---|
| (1)<br>Amou<br>Code<br>(A-E |
| 18. Goldman Sachs Global Income Fund Institutional (GSGLX) | A |
| 19. Pioneer Multi-Asset Ultrashort Income Fund Class Y (MYFRX) | A |

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | I<br>re<br><br>(1)<br>Amou<br>Code<br>(A-E |
| --- | --- |
| 35. Financial Invs Trust Emerald Growth Fund Instl Class (FGROX) | |
| 36. Oppenheimer Intl Small Company Fund (OSMYX) | |

# FINANCIAL DISCLOSURE REPO

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | |
|---|---|
| | (1)<br>Amou<br>Code<br>(A-E |
| 52. Russell US Small Cap Equity Fund Class S (RLESX) | A |
| 53. Russell US Core Equity Fund Class S (RLISX) | C |

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | |
|---|---|
| 69. Russell Emerging Markets Fund Class S (REMSX) | A |
| 70. Russell Global Real Estate Securities Fund Class S (RRESX) | A |

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | I<br>re<br><br>(1)<br>Amou<br>Code<br>(A-E |
| --- | --- |
| 86. WA State Teachers' Retirement System (TRS Plan 3)* | B |
| 87. Northwestern Mutual Whole Life Insurance Policy | B |

## VIII. ADDITIONAL INFORMATIO

## IX. CERTIFICATION.

I certify that all information given above (includin accurate, true, and complete to the best of my knowled provisions permitting non-disclosure.

I further certify that earned income from outside compliance with the provisions of 5 U.S.C. app. § 501 e